**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Alisa R. Clemons,

Plaintiff,

v.

City of Minneapolis, Minneapolis Police Department, and other Police Officers, Individually, not presently identified,

Defendants.

File No. Cv. 00-184 ADM/AJB

**STIPULATION TO AMEND COMPLAINT**

---

The parties to this action, through their undersigned counsel, hereby stipulate that Plaintiff may serve and file the attached Amended Complaint, dated August 22, 2000.

Dated: Sept 13, 2000

**SHIRLEY LERNER, P.A.**

By ______________________
SHIRLEY LERNER (#151245)
Park Center Building, Suite 124
3601 Park Center Boulevard
Minneapolis, MN 55416
(612) 920-8545

AND

**DONNA L. ROBACK, P.A.**
DONNA L. ROBACK (#92046)
Centennial Lakes Office Park, Suite 200
7701 France Avenue South
Edina, MN 55435
(612) 841-6396

ATTORNEYS FOR PLAINTIFF

FILED SEP 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

AND

Dated: 9/5/2000

**MINNEAPOLIS CITY ATTORNEY**

By ______________________

PETER W. GINDER (#35099)
Assistant City Attorney
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

ATTORNEYS FOR DEFENDANTS

**ORDER**

Based upon foregoing Stipulation between the parties, the plaintiff may serve and file the Amended Complaint dated August 22, 2000.

Dated: 9/26/00

**BY THE COURT:**

Arthur Boylan

Magistrate Judge Arthur Boylan



FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK