**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Alisa R. Clemons,

Plaintiff,

v.

City of Minneapolis, Minneapolis Police Department, and other Police Officers, Individually, not presently identified,

Defendants.

File No. 00-CV-184 ADM/AJB

**AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and upon plaintiff's formal motion and showing of good cause, the Pretrial Scheduling Order dated April 4, 2000 is amended as follows:

Discovery Plan:

1. Discovery shall be commenced in time to be completed by August 1, 2001.

Nondispositive Motions

1. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, August 1, 2001.
2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

FILED FEB 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by October 1, 2001.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

1. This case shall be ready for a **Jury** trial on December 1, 2001.

Dated: 2/26/01

Arthur J. Boylan
United States Magistrate Judge