**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Alisa R. Clemons,**

**Plaintiff,**

**vs.**

**City of Minneapolis; Minneapolis Police Department, and other Police Officers, Individually, not presently identified,**

**Defendants.**

**Court File No.: 00-184 ADM/AJB**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiff's Complaint in the above entitled action may be dismissed with prejudice pursuant to Rule 41 (a)(1), Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: 6/25/01

JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendant

Dated: 6-29-01

DONNA L. ROBACK
Attorney Reg. No. 92046
5200 Wilson Road, Suite 150
Edina, MN 55424

Dated:

SHIRLEY LERNER
Attorney Reg. No. 151245
Shirley Lerner, P.A.
3106 Park Center Boulevard, Suite 314
Minneapolis, MN 55415

Attorneys for Plaintiff

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced matter is dismissed with prejudice and without costs or disbursements to any party.

Dated: July 13, 2001

Judge of United States District Court
ANN D. MONTGOMERY